**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BRENNA BIRD, in her official capacity as Attorney General of Iowa; the IOWA RACING & GAMING COMMISSION; TINA EICK, in her official capacity as Administrator of the Iowa Racing & Gaming Commission; AMY BURKHART, in her official capacity as Chair of the Iowa Racing & Gaming Commission; ALAN OSTERGREN, in his official capacity as Vice Chair of the Iowa Racing & Gaming Commission; MICHAEL BOAL, in his official capacity as Member of the Iowa Racing & Gaming Commission; LINDA UPMEYER, in her official capacity as Member of the Iowa Racing & Gaming Commission,<br><br>*Defendants.* | Case No. 4:26-cv-109-SHL-HCA<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITIES** |

Defendants respectfully alert this Court to supplemental authorities relating to the issues presented here. Two district court opinions issued after oral argument in the above-captioned case was held on August 7, 2026.

1. Memorandum & Order, *KalshiEX LLC v. Cafferelli*, Dkt. 94, No. 3:25-cv-02016, 2026 WL 2294589 (D. Conn. Aug. 10, 2026) (attached as Exhibit A) (denying Kalshi's motion for a preliminary injunction enjoining Connecticut officials from enforcing state gambling laws (1) because Kalshi is not likely to succeed on the merits as to

(a) whether its sports event contracts constitute "swaps" under the Commodity Exchange Act and, (b) even if they are swaps, whether state gambling laws are preempted; and (2) because Kalshi is not likely to face irreparable harm absent an injunction).

2. Memorandum & Order, *Coinbase Fin. Mkts., Inc. v. Tong*, Dkt. 93, No. 3:25-cv-02121, 2026 WL 2294602 (D. Conn. Aug. 10, 2026) (attached as Exhibit B) (denying Coinbase's motion for a preliminary injunction for the same reasons the court denied Kalshi's motion).

August 14, 2026

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

PATRICK C. VALENCIA
*Deputy Solicitor General*

*/s/ Catherine Frappier*
CATHERINE FRAPPIER
*Assistant Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-5132
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
catherine.frappier@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*