**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

KALSHIEX LLC,

*Plaintiff,*

v.

BRENNA BIRD, in her official capacity as Attorney General of Iowa; the IOWA RACING & GAMING COMMISSION; TINA EICK, in her official capacity as Administrator of the Iowa Racing & Gaming Commission; AMY BURKHART, in her official capacity as Chair of the Iowa Racing & Gaming Commission; LINDA UPMEYER, in her official capacity as Member of the Iowa Racing & Gaming Commission; MICHAEL BOAL, in his official capacity as Member of the Iowa Racing & Gaming Commission; ALAN OSTERGREN, in his official capacity as Vice Chair of the Iowa Racing & Gaming Commission,

*Defendants*.

Case No.: 4:26cv00109-SHL-HCA

**JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**

Plaintiff KalshiEX LLC ("Kalshi") and Defendants Brenna Bird, in her official capacity as Attorney General of Iowa; the Iowa Racing & Gaming Commission; and Tina Eick, Amy Burkhart, Linda Upmeyer, Michael Boal, and Alan Ostergren, in their official capacities as Administrator, Chair, Vice Chair, and Members of the Iowa Racing & Gaming Commission (collectively, the "parties"), have conferred and now respectfully request that the Court stay all proceedings in this matter, including all case deadlines, pending appeal.

Kalshi previously filed a Complaint (Dkt. No. 1) and a motion for a preliminary injunction (Dkt. No. 20). On September 8, 2026, this Court issued an Order (Dkt. No. 57) denying Kalshi's preliminary-injunction motion. On September 15, 2026, Kalshi appealed that Order (Dkt. No. 59) to the U.S. Court of Appeals for the Eighth Circuit (No. 26-2874). Kalshi's opening brief in the Eighth Circuit is due December 7, 2026. Under the Court's September 9, 2026 Text Order (Dkt. No. 58), Defendants' deadline to answer or otherwise respond to the Complaint is currently November 9, 2026.

Because this Court's decision denying a preliminary injunction is currently on appeal, and the Eighth Circuit's resolution of that appeal is likely to bear directly on the central legal question in this case—whether the Commodity Exchange Act preempts the application of Iowa law to Kalshi's event contracts—a stay of proceedings in this Court would conserve the parties' and the Court's resources and advance the interests of judicial economy and efficiency.

The parties therefore respectfully request that all proceedings in this action, including all deadlines (including Defendants' November 9, 2026 deadline to answer or otherwise respond to the Complaint), any discovery, pre-trial motions, and trial, shall be stayed pending further order of the Court. The parties propose to file a joint status report within 21 days after the issuance of the Eighth Circuit's mandate in Kalshi's appeal.

## CONCLUSION

The parties respectfully request that the joint motion to stay proceedings pending appeal be granted.

DATED: November 3, 2026

Respectfully submitted,

By: /s/ *Grant R. Mainland*
**MILBANK LLP**

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

and

By: /s/ *Andrew J. Graeve*
**WEINHARDT & LANTZ, P.C.**

Mark E. Weinhardt AT0008280
Andrew J. Graeve AT0015662
Jason R. Smith AT0014862
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: 515-244-3100
mweinhardt@weinhardtlantz.com
agraeve@weinhardtlantz.com
jsmith@weinhardtlantz.com

*Attorneys for Plaintiff KalshiEX LLC*

**BRENNA BIRD**
Attorney General of Iowa
By: /s/ *Catherine Frappier*
Eric H. Wessan
Catherine Frappier
Patrick Cannon Valencia
Iowa Department of Justice, Office of the Attorney General
1305 E. Walnut Street
Des Moines, IA 50319
Telephone: 515-823-9117
eric.wessan@ag.iowa.gov
catherine.frappier@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Attorneys for Defendants*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on November 3, 2026 via CM/ECF.

Signature: /s/ *Grant R. Mainland*